**Order entered July 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00415-CV**

**VICTOR AND JAYME CANTU, Appellants**

**V.**

**JOHN AND DONNA MOSES, Appellees**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00761-2022**

**ORDER**

By letter dated July 1, 2022, we directed appellants to file written verification they had requested the reporter's record. Although we cautioned them that failure to comply within ten days could result in the appeal being submitted without that record, they have not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellants to file their brief on the merits no later than August 22, 2022.

/s/ KEN MOLBERG
   JUSTICE